IOWA LOAN & TRUST COMPANY, APPELLEE, v. SAMUEL H. HOGG ET AL., IMPLEADED WITH SARAH M. EDSON ET AL., APPELLANTS.

IOWA LOAN & TRUST COMPANY, APPELLEE, v. HERMAN POPE, APPELLANT.

FILED FEBRUARY 19, 1902. Nos. 11,077, 11,078.

Stare Decisis. Proceedings in execution of decrees of foreclosure, examined and found to be regular.

APPEAL from the district court for Buffalo county. Heard below before SULLIVAN, J. *Affirmed.*

*B. O. Hostetler,* for appellants.

*Fred A. Nye, contra.*

PER CURIAM.

All the questions involved in these cases have been considered and decided in *Iowa Loan & Trust Co. v. Estate of Devall,* 63 Nebr., 826. Each of the orders appealed from is right and is

AFFIRMED.